JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PENNY E. HAISCHER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOAN SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE; DOES I through X and ROE, CORPORATIONS I through X,<br><br>Defendants, | CASE NO.: 2:11-cv-01786 |

2154.024203-jnm

## NOTICE OF WITHDRAWAL OF AMENDED COMPLAINT

COMES NOW Plaintiff, PENNY E. HAISCHER, (hereinafter "Plaintiff") by and through her counsel, JOHN PETER LEE, LTD., and files her Notice of Withdrawal of Amended Complaint filed erroneously on January 11, 2012.

Dated this 30th day of January, 2012.

JOHN PETER LEE, LTD.

By: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of January, 2012, I served a copy of the **NOTICE OF WITHDRAWAL OF AMENDED COMPLAINT** in the above captioned matter by electronically mailing it to the following electronic mail addresses:

Meng Zhong, Esq.
J. Christopher Jorgensen, Esq.
LEWIS AND ROCA, LLP.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
mzhong@lrlaw.com, cjorgensen@lrlaw.com

_____
An employee of
JOHN PETER LEE, LTD.

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

- 2 -