UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PENNY E. HAISCHER, an individual, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1786GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| MORTGAGE ELECTRONIC ) | O R D E R |
| REGISTRATION SYSTEMS, INC., ) | |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Notice of Withdrawal of Amended Complaint (#21).

The Court having reviewed the Notice (#21) and good cause appearing therefore,

IT IS HEREBY ORDERED that Notice of Withdrawal of Amended Complaint (#21) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint (#18) is withdrawn from consideration by the Court and further, shall be stricken by the Clerk.

IT IS FURTHER ORDERED that based upon this Order, Defendant's Motion to Strike (#19) and Plaintiff's Motion to Amend the Complaint (#20) are **DENIED AS MOOT**.

DATED this   14th   day of February, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge