UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PENNY E. HAISCHER, an individual, | )<br>) |
| Plaintiff, | ) 2:11-cv-1786GMN-RJJ<br>) |
| vs. | )<br>) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) O R D E R<br>)<br>) |
| Defendant, | )<br>) |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Notice of Withdrawal of Amended Complaint (#21).

The Court having reviewed the Notice (#21) and good cause appearing therefore,

IT IS HEREBY ORDERED that Notice of Withdrawal of Amended Complaint (#21) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint (#18) is withdrawn from consideration by the Court and further, shall be stricken by the Clerk.

IT IS FURTHER ORDERED that based upon this Order, Defendant's Motion to Strike (#19) and Plaintiff's Motion to Amend the Complaint (#20) are **DENIED AS MOOT**.

DATED this   14th   day of February, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge